No. 786. BOARD OF COUNTY COMMISSIONERS ET. AL. v. UNITED STATES. January 29, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Louis J. O'Marr,* Attorney General of Wyoming, *L. A. Crofts, John U. Loomis,* and *Edward T. Lazear* for petitioners. *Solicitor General Fahy* and *Messrs. Vernon L. Wilkinson, Fred W. Smith,* and *Walter J. Cummings, Jr.* for the United States. *Messrs. George M. Tunison* and *Charles J. Kappler* filed a brief on behalf of the Shoshone Tribe of Indians, as *amicus curiae,* in opposition.

No. 807. CORDELL v. MICHIGAN. January 29, 1945. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Edward N. Barnard* for petitioner. *Messrs. John R. Dethmers,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 790. HOBERMAN v. UNITED STATES. January 29, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied for the reason that application therefor was not made within the time provided by law. Rule XI of the Criminal Appeals Rules, 292 U. S. 665–66. *Mr. Martin Feldman* for petitioner.

No. 676. MACAVOY v. NEBRASKA. January 29, 1945. Petition for writ of certiorari to the Supreme Court of Nebraska denied. *Joseph T. MacAvoy, pro se. Messrs. Walter R. Johnson,* Attorney General of Nebraska, *H. Emerson Kokjer,* Deputy Attorney General, and *Robert A. Nelson,* Assistant Attorney General, for respondent.